UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
METROPOLITAN LIFE INSURANCE : **ORDER**
COMPANY, :
: 21 Civ. 8315 (AKH)
Plaintiff, :
:
-against- :
:
AWILDA MUNIZ, GLORIA FIGUEROA, and :
ELIZABETH ESCOBAR, :
:
Defendants. :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a telephonic status conference on July 21, 2022, at 11:00 a.m., which will be held via the following call-in number:

    **Call-in number: 888-363-4749**

    **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in 5 minutes prior to the start of the conference. Finally, no later than July 19, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

The parties may be joined by a friend or family member to assist with translation, if necessary. Finally, the Clerk shall mail a copy of this order to Gloria Figueroa and Elizabeth Escobar.

SO ORDERED.

Dated: July 14, 2022           _____/s_____
New York, New York           ALVIN K. HELLERSTEIN
                                               United States District Judge