UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METROPOLITAN LIFE INSURANCE COMPANY,

                    Plaintiff,

   -against-

AWILDA MUNIZ, GLORIA FIGUEROA, and ELIZABETH ESCOBAR,

                    Defendants.

**ORDER**

21 Civ. 8315 (AKH)

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On September 2, 2022, Counsel for Awilda Muniz notified the Court via email that the parties had reached a settlement agreement in which the parties would split the relevant insurance policy proceeds as follows: 50% to Ms. Muniz, 25% to Ms. Escobar, and 25% to Ms. Figueroa.

        A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 60 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

        SO ORDERED.

Dated:    September 2, 2022  
             New York, New York

                                                  /s/  
                                        ALVIN K. HELLERSTEIN  
                                        United States District Judge