IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>AWILDA MUNIZ, GLORIA FIGUEROA, AND ELIZABETH ESCOBAR.,<br><br>    Defendant(s). | Case No.: 1:21-cv-08315-AKH |

## ORDER OF DISBURSEMENT OF FUNDS

Awilda Muniz, Gloria Figueroa, and Elizabeth Escobar (collectively the "Interpleader Parties") file this Joint Motion for Disbursement of Funds. In support thereof, they show:

On October 8, 2021, Metropolitan Life Insurance Company filed this instant matter regarding the life insurance policy that covered Nelson Benavent. On June 9, 2022, this Court approved Metropolitan Life Insurance Company's motion, and ordered the funds from Nelson Benavent's policy ("Interpleader Funds") to be deposited into the court's registry. On July 21, 2022, the Interpleader Parties had a joint telephonic status conference with this Court regarding the Interpleader Funds. This Court gave the parties time to discuss settlement regarding the Interpleader Funds. On September 2, 2022, this Court was informed that the Interpleader Parties had come to a settlement agreement regarding the Interpleader Funds.

Therefore, pursuant to the agreement of the Interpleader Parties, this Court ORDERS the following regarding the Interpleader Funds:

A) Awilda Muniz will receive 50% of the Interpleader Funds in the Court's registry. That

payment will be sent to Ms. Muniz's attorney, Chad G. Boonswang, at: 1500 Sansom Street, Suite 200, Philadelphia, PA 19102.

B) Gloria Figueroa will receive 25% of the Interpleader Funds in this Court's registry. That payment will be sent to Gloria Figueroa at: 34 Acme Place, Springfield, Massachusetts 01104.

C) Elizabeth Escobar will receive 25% of the Interpleader Funds in the Court's registry. That payment will be sent to Elizabeth Escobar at: 2336 W. 8th Street, Apt. 3B, Brooklyn, NY 11223.

This case is now resolved and CLOSED.

Date: Oct. 6, 2022      By: _____
                              The Honorable Judge Alvin K. Hellerstein