UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
METROPOLITAN LIFE INSURANCE : **AMENDED ORDER OF**
COMPANY, : **DISBURSEMENT OF FUNDS**
:
                            Plaintiff, :
: 21 Civ. 8315 (AKH)
   -against- :
:
AWILDA MUNIZ, GLORIA FIGUEROA, and :
ELIZABETH ESCOBAR, :
:
                         Defendants. :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 8, 2021, Metropolitan Life Insurance Company filed this instant matter regarding the life insurance policy that covered Nelson Benavent. On June 9, 2022, I approved Metropolitan Life Insurance Company's motion, and ordered the funds from Nelson Benavent's policy ("Interpleader Funds") to be deposited into the Court Registry Investment System (CRIS).

        On July 21, 2022, Awilda Muniz, Gloria Figueroa, and Elizabeth Escobar (collectively the "Interpleader Parties") had a joint telephonic status conference with me regarding the Interpleader Funds. I gave the parties time to discuss settlement regarding the Funds. On September 2, 2022, I was informed that the Interpleader Parties had come to a settlement agreement regarding the Funds.

        On October 6, 2022, I granted the Interpleader Parties' Joint Motion for Disbursement of Funds *See* ECF 31. This order makes the following three amendments to my prior order. The rest of the order remains in full effect.

First, the Clerk's Office is instructed to remove the Interpleader Funds from the Court Registry Investment System (CRIS), rather than from the Court's registry.

Second, the Clerk's Office is instructed to disburse all interest that has accrued since the Interpleader Funds were invested. Awilda Muniz will receive 50% of that interest, Gloria Figueroa will receive 25% of the interest, and Elizabeth Escobar will receive 25% of the interest. These percentages correspond with the percentage of the Interpleader Funds each of the Interpleader Parties shall receive. *See* ECF 31.

Third, the Interpleader Parties are ordered provide to the Court their Taxpayer Identification Numbers before January 17, 2023. This information is needed so that they may receive their relative shares of the Interpleader Funds.

SO ORDERED.

Dated: January 3, 2023
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge